Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR KIDD,<br><br>           Petitioner,<br><br>      v.<br><br>ROBERT HOREL,<br><br>           Respondent. | Case No. CV 07-6897 CJC(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

      IT IS HEREBY ORDERED that Judgment be entered dismissing the Petition and this action with prejudice.

///

///

9

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 12, 2008

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE